IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TED HAMILTON**                                                                    **PETITIONER**

VS.                  CASE NO. 5:06CV00324 GH

**LARRY NORRIS,** Director of the
Arkansas Department of Correction                       **RESPONDENT**

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely March 22nd objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 29th day of March, 2007.

                                                      /s/ George Howard, Jr.
                                                      United States District Judge