IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TED HAMILTON**                                                **PETITIONER**

**VS.**                  **CASE NO. 5:06CV00324 GH**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 29th day of March, 2007.

                                                     _/s/ George Howard, Jr._
                                                        United States District Judge